In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-135 CV


____________________



WYETH, f/k/a AMERICAN HOME PRODUCTS CORPORATION, Appellant



V.



DEBORAH HAYES, Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. E-165,374






 MEMORANDUM OPINION 


 We have before the Court a "Joint Motion to Reverse and Remand to Trial Court
for Entry of Judgment Effectuating Settlement Agreement." The appellant, Wyeth, and
the appellee, Deborah Hayes, ask this Court to vacate the judgment of the trial court, and
remand the cause for entry of a take-nothing judgment. The Court finds the motion
complies with Tex. R. App. P. 42.1(a)(2).


 It is, therefore, ORDERED that the judgment of the trial court is vacated without
reference to the merits and the cause is remanded to the 60th District Court of Jefferson
County, Texas, for further proceedings in accordance with the parties' settlement
agreement. Costs are assessed against the party incurring such costs. The mandate shall
issue immediately in accordance with the agreement of the parties. Tex. R. App. P.
18.1(c).

 VACATED AND REMANDED. 

 ___________________________

 STEVE McKEITHEN

 Chief Justice

 


Opinion Delivered December 22, 2005

Before McKeithen, C.J., Kreger and Horton, JJ.